Submitted February 25, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JUSTIN DYLAN WAYNE CLOW,
*Defendant-Appellant.*

Lane County Circuit Court
17CR07421; A172128

487 P3d 875

Karrie K. McIntyre, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).